# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

vs.                  NO. 4:12CR00022-001 SWW

EMILIANO BARRERA                        DEFENDANT

## **ORDER**

Pending before the Court is government's motion to dismiss indictment against defendant Emiliano Barrera pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the indictment against defendant Emiliano Barrera [doc #50] be ***GRANTED***, and the indictment pending against defendant Emiliano Barrera is ***dismissed without prejudice***.

DATED this 13th day of January 2014.

                                               /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE